**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

KESHAWN HALL

CIVIL ACTION

VERSUS

25-172-SDD-RLB

TRANSUNION, LLC, ET AL.

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 25, 2026, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Equifax Information Services LLC's Motion to Dismiss Plaintiff's Complaint (R. Doc. 9), Trans Union LLC's Motion to Dismiss Plaintiff's Complaint (R. Doc. 14), and Experian Information Solutions, Inc.'s Motion for Joinder (R. Doc. 16) are **GRANTED**, and Plaintiff's Complaint (R. Doc. 1) shall be **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff shall be granted leave to amend the Complaint, with Plaintiff's case to be dismissed with prejudice if Plaintiff fails to cure the

---

[1] Rec. Doc. 9, 14 and 16.
[2] Rec. Doc. 20.

above-mentioned deficiencies by amending the Complaint within fourteen (14) days of the acceptance of this report and recommendation or as otherwise ordered by the Court.

Signed in Baton Rouge, Louisiana the _27_ day of April, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA